# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| OTIS ERISMAN, | : | No. 389 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPARTMENT OF TRANSPORTATION, | : | |
| BUREAU OF DRIVER LICENSING, | : | |
| | : | |
| Respondent | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.